944

No. 429. Maxwell *v.* Stephens, Penitentiary Superintendent. C. A. 8th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Jack Greenberg, James M. Nabrit III, Michael Meltsner, Anthony G. Amsterdam, George Howard, Jr.,* and *Harold B. Anderson* for petitioner. *Bruce Bennett,* Attorney General of Arkansas, and *Jack L. Lessenberry* for respondent.

No. 600. Swain *v.* Alabama. Sup. Ct. Ala. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Jack Greenberg, James M. Nabrit III, Michael Meltsner, Orzell Billingsley, Jr., Peter A. Hall* and *Anthony G. Amsterdam* for petitioner. *Richmond M. Flowers,* Attorney General of Alabama, and *Leslie Hall,* Assistant Attorney General, for respondent.

No. 521. Pardo-Bolland *v.* United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Jonathan L. Rosner* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Daniel H. Benson* for the United States.

No. 574. Panhandle Eastern Pipe Line Co. *v.* Federal Power Commission et al. C. A. D. C. Cir. Certiorari denied. Mr. Justice White took no part in the consideration or decision of this petition. *Harry S. Littman* and *Melvin Richter* for petitioner. *Solicitor General Marshall* and *Howard E. Wahrenbrock* for respondent Federal Power Commission.